IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

  vs.        4:08CR00107-01-WRW

CARLO HIBBARD, JR.

## AMENDED JUDGMENT & COMMITMENT

The Judgment & Commitment entered in this case on July 2, 2008, is amended, on page 4, to reflect the following Additional Standard Condition of Supervision:

> The defendant is to have no contact with co-defendants, individuals whom he has been ordered not to associate with by way of a state court order of protection and Sondra Mitchell.

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 9th day of July, 2008.

                /s/ Wm. R. Wilson, Jr.
               UNITED STATES DISTRICT JUDGE

amendedJ&C.Hibbard.wpd